# United States District Court
## District of Wyoming

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

| | | | |
|---|---|---|---|
| Name of Offender: | Joshua Thomsen | Case No.: | 15-CR-46-1F |
| Sentencing Judicial Officer: | Nancy D. Freudenthal | | |
| Date of Original Sentence: | August 13, 2015 | | |
| Original Offense: | Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine | | |
| Original Sentence: | 110 months custody; 5 years supervised release | | |
| Type of Supervision: | Supervised release | | |
| Date Supervision Commenced: | March 17, 2022 | | |
| Assistant U.S. Attorney: | Stuart S. Healy, III | | |
| Defense Attorney: | Gay Vanderpoel Woodhouse | | |

### Petitioning the Court

☐ To extend the term of supervision _____ years, for a total of _____ years.
☒ To modify the conditions of supervision as follows:

**The defendant shall be placed on an alcohol monitoring program utilizing the BI SL3 monitor for 30 days. The defendant must comply with all the requirements of the program. The defendant shall pay for all or part of the costs of participation in the program as ordered by the Court and as directed by the probation officer, based on his ability to pay. The defendant's testing schedule will be determined by the supervising officer.**

### Cause

The defendant consumed alcohol on June 6, 2022. He admitted on this date he consumed a "few" beers and further admitted he then operated his vehicle. The defendant also admitted going to the bar a "few" times since starting supervision.

It is this officer's hope that some corrective cognitive interventions in addition to the elevated accountability of alcohol monitoring will allow the defendant to successfully complete supervision. On June 8, 2022, the defendant signed a *Waiver of Hearing to Modify Conditions of Supervised Release*, agreeing to 30 days of alcohol monitoring utilizing the BI SL3 device.

I declare under penalty of perjury that the foregoing is true and correct.

_____        6/9/22
Scott Winslow                                              Date
U.S. Probation Officer

Approved by: _____
Angie Miller
Supervisory U.S. Probation Officer

Joshua Thomsen

### THE COURT ORDERS:

☐ No Action
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

_____   6/9/2022
Nancy D. Freudenthal                Date
U.S. Senior District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

## Waiver of Hearing to Modify Conditions of Supervised Release Or Extend Term of Supervision

I have been advised by the U.S. Probation Officer that I am entitled to consult with counsel prior to signing this form, agreeing to waiver of a hearing to modify the terms and conditions of my Supervised Release as set forth below. If I cannot afford counsel, I understand the Federal Public Defender's Office may be appointed for the limited purpose of advising me on this matter.

I have also been advised by the United States Probation Officer and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to me if I am not able to retain counsel of my own choosing.

I understand that should the Court concur with the action, I must abide by all the conditions previously imposed during the period of Supervised Release.

I hereby voluntarily waive my statutory right to a hearing and to consultation with and/or assistance of counsel. I also agree to the following modifications of my Conditions of Supervised Release:

> **The defendant shall be placed on an alcohol monitoring program utilizing the BI SL3 monitor for 30 days. The defendant must comply with all the requirements of the program. The defendant shall pay for all or part of the costs of participation in the program as ordered by the Court and as directed by the probation officer, based on his ability to pay. The defendant's testing schedule will be determined by the supervising officer.**

I have read or have had the above read to me and I fully understand it. Having been advised of my rights, I freely and voluntarily give full consent to this proposed action.

Signed: _____    Date: 6/8/22
Joshua Thomsen
Defendant

Witness: _____   Date: 6/8/22
Scott Winslow
U.S. Probation Officer